

### *Valli Kane & Vagnini*
#### EMPLOYEE RIGHTS ATTORNEYS

| | |
|---|---|
| 600 Old Country Road | Tel: (516) 203-7180 |
| Suite 519 | Fax: (516) 706-0248 |
| Garden City, NY 11530 | www.vkvlawyers.com |

August 31, 2023

**VIA ECF**
The Honorable Peggy Kuo
United States District Court
Eastern District of New York
225 Cadman Plaza
East Brooklyn, New York 11201

   **Re:** *Anderson v. Apria Healthcare Corp.*
      **Case No.: 1:23-CV-00383 (KAM)(PK)**

Dear Judge Kuo:

  As Your Honor is aware, this office represents Plaintiff Kendra Anderson in the above-captioned matter. In accordance with the Court's August 24, 2023 Order, we write jointly with Defendant's counsel to submit a revised settlement agreement that the parties believe contains a release of known claims that is mutual in all respects. Thus, we respectfully request that the Court approve the enclosed settlement agreement.

  We thank the Court for its time and consideration.

                Respectfully Submitted,

                */s/ Alexander M. White*
                Alexander M. White, Esq.

cc:  counsel of record (*via* ECF)

encl.